1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   GUO HAO LIU,                          Case No.:  2:17-cv-0128-MCE-DB-PS

12              Plaintiff,

13       v.                                **ORDER**

14   PETER GUERRERO PANGELINAN,
     JR., DOES 1 TO 100,
15

16              Defendants.

17

18          On January 20, 2017, Defendant PETER GUERRERO PANGELINAN, JR.

19   ("Defendant"), proceeding in pro se, filed a Notice of Removal of this unlawful detainer

20   action filed by Plaintiff GUO HAO LIU ("Plaintiff") from the Sacramento County Superior

     Court.[1]  ECF No. 1.  This Court has an independent duty to ascertain its jurisdiction and
21
     may remand sua sponte for lack of subject matter jurisdiction.  See 28 U.S.C. § 1447(c).
22
     "The burden of establishing federal jurisdiction is on the party seeking removal, and the
23
     removal statute is strictly construed against removal jurisdiction."  Emrich v. Touche
24
     Ross & Co., 846 F.2d 1190, 1195 (9th Cir. 1988) (internal citation omitted).  "Federal
25
     jurisdiction must be rejected if there is any doubt as to the right of removal in the first
26
     instance."  Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992).  As explained below,
27

28          [1] Despite Defendants' pro se status, the undersigned revokes any actual or anticipated referral to
     a Magistrate Judge.  See E.D. Cal. Local R. 302(c)(21).

                                          1

1    Defendant has failed to meet that burden.

2           The Notice of Removal is premised on the argument that this Court has federal

3    question jurisdiction pursuant to 28 U.S.C. § 1441.  However, a review of the Complaint

4    reveals that Plaintiff does not allege any federal claims; instead, he alleges only unlawful

5    detainer under state law.  ECF No. 1 at 5-7.

6           "The presence or absence of federal-question jurisdiction is governed by the 'well-

7    pleaded complaint rule,' which provides that federal jurisdiction exists only when a

8    federal question is presented on the fact of plaintiff's properly pleaded complaint."

9    Caterpillar, Inc. v. Williams, 482 U.S. 386, 392 (1987).  This is the case where the

10   complaint "establishes either that [1] federal law creates the cause of action or that [2]

11   the plaintiff's right to relief necessarily depends on resolution of a substantial question of

12   federal law."  Williston Basin Interstate Pipeline Co. v. An Exclusive Gas Storage

13   Leasehold & Easement, 524 F.3d 1090, 1100 (9th Cir. 2008) (quoting Franchise Tax Bd.

14   v. Constr. Laborers Vacation Trust, 463 U.S. 1, 27-28 (1983)).

15          Here, Plaintiff's sole claim is for unlawful detainer under state law.  At most,

16   Defendant argues that he has a defense under federal law.  "A case may not be

17   removed to federal court on the basis of a federal defense . . . even if the defense is

18   anticipated in the plaintiff's complaint, and even if both parties admit that the defense is

19   the only question truly at issue in the case."  ARCO Envtl. Remediation, LLC v. Dep't. of

20   Health & Envtl. Quality of the State of Montana, 213 F.3d 1108, 1113 (9th Cir. 2000)

21   (citation and quotation marks omitted).  Therefore, this Court lacks jurisdiction under 28

22   U.S.C. § 1441.

23          Accordingly:

24          1.  The action is REMANDED to the Sacramento County Superior Court.

25          2.  The Clerk of Court is directed to serve a certified copy of the order on the

26              Clerk of the Sacramento County Superior Court, and reference the state case

27              number (No. 16UD07884) in the proof of service.

28          3.  Defendant's Motion to Proceed in Forma Pauperis (ECF No. 2) is DENIED as

2

moot.

4.  The Clerk of Court is directed to close this case and vacate all dates.

5.  The Clerk of the Court is ordered not to open another case removing the following unlawful detainer action: No. 16UD07884.

IT IS SO ORDERED.

Dated:  January 23, 2017

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3